IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**UNITED STATES OF AMERICA,**

v.   Docket No.: 4:18CR12

**JAVONTAY JACQUIS HOLLAND,**
    **Defendant.**

## MOTION FOR APPOINTMENT OF CO-COUNSEL

COMES NOW, your defendant JAVONTAY JACQUIS HOLLAND, by and though his court appointed counsel, and pursuant to 18 USCS 3005 moves this Honorable Court to appoint Thomas Bondurant, Esquire as learned co-counsel to assist his current court appointed counsel.

Respectfully submitted,
**JAVONTAY JACQUIS HOLLAND**

By:_____/s/_____

Jacqueline M. Reiner, Esquire
VSB No.: 41829
*Counsel for Defendant Javontay Jacquis Holland*
JACQUELINE M. REINER, PLLC
5600 Grove Avenue
Richmond, Virginia 23226
T:    804.285.3888
F:    804.285.7779
reiner@reinerlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 2, 2018 I electronically filed the foregoing Motion for Appointment of Co-Counsel with the Clerk of Court using the CM/ECF system which will send a NEF to:

Ron Huber, Managing Assistant United States Attorney
VSB No.: 31135
OFFICE OF THE UNITED STATES ATTORNEY
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
T: (434) 293-4283

F: (434) 293-4910  
Ron.Huber@usdoj.gov  
*Counsel for the United States of America*

_____/s/_____  
Jacqueline M. Reiner  
Counsel for Javontay Jacquis Holland