IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

UNITED STATES OF AMERICA,

v.  Docket No.: 4:18CR12

JAVONTAY JACQUIS HOLLAND,
    Defendant.

## MOTION TO EMPANEL A DANVILLE DIVISION VENIRE

COMES NOW, JAVONTAY JACQUIS HOLLAND, by and though his counsel, and moves this Honorable Court to empanel a Danville Division venire to try the captioned litigation. In support of this motion, Mr. Holland offers his Memorandum of Points and Authorities filed on this same day.

    Respectfully submitted,
    **JAVONTAY JACQUIS HOLLAND**

    By: _____/s/_____

Jacqueline M. Reiner, Esquire
VSB No.: 41829
Counsel for Defendant Javontay Jacquis Holland
JACQUELINE M. REINER, PLLC
5600 Grove Avenue
Richmond, Virginia 23226
T:    804.285.3888
F:    804.285.7779
reiner@reinerlawfirm.com
Thomas J. Bondurant, Esquire
VSB No.: 18894
*Counsel for Defendant Javontay Jacquis Holland*
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022-0013
T:    540.983.9300
F:    540.983.9400
bondurant@gentrylocke.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2019 I electronically filed the foregoing Motion to Empanel a Danville Division Venire with the Clerk of Court using the CM/ECF system which will send a NEF to:

Ron Huber, Managing Assistant United States Attorney
Heather Carlton, Supervising Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
T: (434) 293-4283
F: (434) 293-4910
Ron.Huber@usdoj.gov
Heather.Carlton@usdoj.gov
Counsel for the United States of America

_____/s/_____
Jacqueline M. Reiner
Counsel for Javontay Jacquis Holland