IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**UNITED STATES OF AMERICA,**

v.                  Docket No.: 4:18CR12

**JAVONTAY JACQUIS HOLLAND,**
     **Defendant.**

## MOTION FOR A BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal Procedure 7(f), JAVONTAY JACQUIS HOLLAND, by and through his counsel, moves this Honorable Court to ORDER the Government to file a Bill of Particulars within 14 days of entry of an Order requiring the same. In support of this Motion, Mr. Holland submits his Memorandum of Argument and Authorities on this same day.

                                                           Respectfully submitted,
                                                           **JAVONTAY JACQUIS HOLLAND**

                                                           By:_____/s/_____

Jacqueline M. Reiner, Esquire
VSB No.: 41829
*Counsel for Defendant Javontay Jacquis Holland*
JACQUELINE M. REINER, PLLC
5600 Grove Avenue
Richmond, Virginia 23226
 T:     804.285.3888
 F:     804.285.7779
reiner@reinerlawfirm.com

Thomas J. Bondurant, Esquire
VSB No.: 18894
*Counsel for Defendant Javontay Jacquis Holland*
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022-0013
 T:     540.983.9300
 F:     540.983.9400
bondurant@gentrylocke.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2019 I electronically filed the foregoing Motion for a Bill of Particulars with the Clerk of Court using the CM/ECF system which will send a NEF to:

Ron Huber, Managing Assistant United States Attorney
VSB No.: 31135
Heather Carlton, Assistant United States Attorney
VSB No.: 82752
OFFICE OF THE UNITED STATES ATTORNEY
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
T: (434) 293-4283
F: (434) 293-4910
Ron.Huber@usdoj.gov
*Counsel for the United States of America*

_____/s/_____
Jacqueline M. Reiner
Counsel for Javontay Jacquis Holland