IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Danville Division

**UNITED STATES OF AMERICA,**

v.                          Docket No.: 4:18CR12

**TREDARIOUS JAMERIQUAN KEENE,
MONTEZ LAMAR ALLEN,
JAVONTAY JACQUIS HOLLAND, and
JALEN COMARRIUS TERRY,**
      **Defendants.**

## NOTICE OF HEARING

Please be advised that on **January 17, 2020 at 10:00am,** or as soon after as counsel may be heard, Javontay Jacquis Holland will respectfully move this Honorable Court for entry of an order consistent with the relief sought in the following motions.

1. Motion to Compel - ECF 435 and 438

2. Motion in Limine to Exclude FaceBook Posts and Messages - ECF 479

3. First Motion to Exclude Irrelevant Evidence - ECF 487

4. Response in Opposition to Notice of Attorney Withdrawal - ECF 502 and 504

5. Second Motion to Exclude Irrelevant Evidence - ECF 505

**YOU ARE INVITED TO TAKE PART AS YOU DEEM FIT.**

                                                 Respectfully submitted,
                                                 **JAVONTAY JACQUIS HOLLAND**

                                                 By:_____/s/_____

Jacqueline M. Reiner, Esquire
VSB No.: 41829
*Counsel for Defendant Javontay Jacquis Holland*
JACQUELINE M. REINER, PLLC
5600 Grove Avenue

Richmond, Virginia 23226
T: 804.285.3888
F: 804.285.7779
reiner@reinerlawfirm.com

Thomas J. Bondurant, Esquire
VSB No.: 18894
*Counsel for Defendant Javontay Jacquis Holland*
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia 24022-0013
T: 540.983.9300
F: 540.983.9400
bondurant@gentrylocke.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2019 I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system which will send a NEF to:

Ron Huber, Managing Assistant United States Attorney
VSB No.: 31135
Heather Carlton, Assistant United States Attorney
VSB No.: 82752
OFFICE OF THE UNITED STATES ATTORNEY
U.S. Courthouse and Federal Building
255 West Main Street, Room 130
Charlottesville, Virginia 22902
T: (434) 293-4283
F: (434) 293-4910
Ron.Huber@usdoj.gov
Heather.Carlton@usdoj.gov
*Counsel for the United States of America*

                /s/
Jacqueline M. Reiner
Counsel for Javontay Jacquis Holland