IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 4:18CR00012-005  **Date:** 2/10/2020

**Defendant:** Javontay Jacquis Holland, custody    **Counsel:** Jacqueline Reiner, Tom Bondurant - CJA

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ     TIME IN COURT: 2:10-3:15  1h 5m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Mary Butenschoen
- U. S. Attorney: Heather Carlton, Ron Huber
- USPO: Kim Falatic
- Case Agent: Devin Taylor, FBI
- Interpreter: none

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court; SOF filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty and Rule 11(c)(1)(C) plea agreement and finds the defendant guilty of both counts.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☒ Court finds defendant guilty as charged in Counts one and eleven
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1, 11 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for TBA before Judge Urbanski.

<u>Additional Information:</u>
Parties and court located in Roanoke.
US has to give justifiable reasons for the court to accept plea agreement with in that range.